*In re* PRÁCTICA DE LAS INSTITUCIONES FINANCIERAS DEL PAÍS REFERENTE AL USO DEL NOTARIO COMO AGENTE DE CIERRES Y AGENTE DE SEGUROS DE TÍTULO EN LOS MISMOS CASOS EN QUE ACTÚA COMO NOTARIO; PRÁCTICA DE LAS INSTITUCIONES FINANCIERAS DEL PAÍS REFERENTE A LOS GASTOS Y HONORARIOS NOTARIALES CORRESPONDIENTES EN LOS CASOS DE FINANCIAMIENTO DE PROPIEDADES INMUEBLES.

*Número:* EM-2003-4      *Resuelto:* 2 de mayo de 2003

## RESOLUCIÓN

Según las facultades que me conceden el Art. 61 de la Ley Notarial (Ley Núm. 75 de 2 de julio de 1987), 4 L.P.R.A. sec. 2101, y su Reglamento, así como por el poder inherente de regular la profesión legal y por recomendación de los Miembros de la Comisión Especial nombrada mediante la Orden EM–2003–1, tengo a bien nombrar al Lcdo. Ángel González Román como Oficial Investigador de la Comisión.

El Oficial Investigador podrá requerir la comparecencia de deponentes, recopilar documentos que estime pertinen-

tes al asunto investigado y, una vez considere concluida la investigación, rendirá un Informe a la Comisión Especial de sus hallazgos con sus recomendaciones, si lo estima necesario, de legislación o reglamentación.

*Publíquese.*

Lo decreta y firma,

(Fdo.) José A. Andréu García
*Juez Presidente*

CERTIFICO:

(Fdo.) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*